# United States Court of Appeals

## For the First Circuit

No. 17-1857

UNITED STATES OF AMERICA,
Appellant,

v.

ERIC PINEDA-MATEO,
Defendant, Appellee,

and

YOVANNYS GUERRERO-TEJEDA,
Intervenor, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on September 18, 2018, is amended as follows:

On page 28, line 4, "martial" should be changed to "marital"